**Dismissed and Opinion Filed February 20, 2013**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-13-00102-CR
### No. 05-13-00103-CR

---

## VICKY REE WILKERSON, Appellant
### V.
## THE STATE OF TEXAS, Appellee

---

### On Appeal from the 291st Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F11-42006-U, F12-55766-U

---

## MEMORANDUM OPINION
Before Justices Lang-Miers, Murphy, and Fillmore
Opinion by Justice Lang-Miers

Vicky Ree Wilkerson pleaded guilty to possession of methamphetamine in an amount of four grams or more but less than 200 grams and tampering with a government record. In the methamphetamine case, appellant pleaded true to one enhancement paragraph. In the tampering case, she pleaded true to two enhancement paragraphs. Pursuant to plea agreements, the trial court assessed punishment at nine years' imprisonment in each case. Appellant waived her right to appeal in conjunction with the plea agreements. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000).

We dismiss the appeals for want of jurisdiction.

ELIZABETH LANG-MIERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

130102F.U05



# Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

VICKY REE WILKERSON, Appellant

No. 05-13-00102-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F11-42006-U.
Opinion delivered by Justice Lang-Miers,
Justices Murphy and Fillmore participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 20th day of February, 2013.

ELIZABETH LANG-MIERS
JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

VICKY REE WILKERSON, Appellant

No. 05-13-00103-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F12-55766-U.
Opinion delivered by Justice Lang-Miers,
Justices Murphy and Fillmore participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 20th day of February, 2013.

ELIZABETH LANG-MIERS
JUSTICE